IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| MARGAE, INC., ) | |
| Plaintiff ) | |
| V ) | 1:07 CV 251 |
| CLEAR LINK TECHNOLOGIES, LLC, ) JAMES CLARKE, ALAN S. EARL, ) PHIL HANSEN, BRUCE WESTENSKOW, ) and BEN HENDERSON, ) | |
| Defendants ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* (#08) of Arthur B. Berger of the law firm of Ray Quinney & Nebeker, PC, 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, to appear as counsel for the defendants in this matter filed on August 3, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Arthur B. Berger is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: August 8, 2007

Dennis L. Howell
United States Magistrate Judge