**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:07cv251**

| | | |
|---|---|---|
| **MARGAE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **CLEAR LINK TECHNOLOGIES, LLC, *et. al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Magistrate Judge's

Memorandum and Recommendation, filed October 12, 2007.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of

Designation of this Court, United States Magistrate Judge Dennis L.

Howell, was designated to consider pending motions in the captioned civil

action and to submit to this Court recommendations for the disposition of

these motions.

On October 12, 2007, the Magistrate Judge filed a Memorandum and

Recommendation in this case containing proposed findings of fact and

conclusions of law in support of a recommendation regarding the motion to

transfer venue.  The parties were advised that any objections to the Magistrate Judge's findings were to be filed in writing within 10 days of service of the Recommendation; the period within which to file objections expired on October 29, 2007.  No written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law.  Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that the motion to transfer venue be granted and that this matter be transferred to the United States District Court, District of Utah, Central Division for disposition.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to transfer venue is hereby **GRANTED** and this matter is hereby **TRANSFERRED** to the United States District Court, District of Utah, Central Division for disposition.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case.

Signed: October 31, 2007

Martin Reidinger
United States District Judge